IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-90-FL

| | | |
|---|---|---|
| JACQUELINE INNOCENTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WAKEMED, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to stay the case pending resolution of defendant's motion for judgment on the pleadings (DE 26), and plaintiff's motion for extension of time to file response/reply as to defendant's motion for judgment on the pleadings (DE 28). The parties consent to both of the motions submitted, so long as both motions are granted by the court.

For good cause shown, defendant's motion to stay the case pending resolution of defendant's motion for judgment on the pleadings (DE 26) is GRANTED. Discovery, mediation, and all other proceedings in this case are stayed until the court rules on defendant's motion for judgment on the pleadings (DE 24). Plaintiff's motion for extension of time to respond to defendant's motion for judgment on the pleadings (DE 28) is GRANTED. Plaintiff shall have up to and including February 8, 2019, to respond to defendant's motion.

SO ORDERED, this the 17th day of January, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge